

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00107-CV

IN RE TAMRA POTEET                              RELATOR

------------

### ORIGINAL PROCEEDING

------------

## ORDER

------------

The court has considered relator's petition for writ of mandamus and motion for temporary relief and is of the tentative opinion that a serious question concerning the relief requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, it is ordered that:

1.  The real party in interest shall file a response with the court by **5:00 p.m. on Friday, April 12, 2013.**

2.  Any reply shall be filed by **5:00 p.m. on Wednesday, April 17, 2013**. However, the court may consider and decide the case before a reply is filed. Tex. R. App. P. 52.5.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED April 2, 2013.

PER CURIAM

PANEL: GARDNER, MEIER, and GABRIEL, JJ